## In the United States District Court
## For the District of Columbia

**1-18-2018**

Theodore E. Powell
308 Hodder Lane
Highland Springs, VA.23075
804 306 8683  Tp89@aol.com
Petitioner
V.
**Elizabeth Davis President**
**Washington Teachers Union**
**1239 Pennsylvania Ave.  S. E.**
 **Washington DC20008**
**Respondent**

Case: 1:18-cv-00297
Assigned To : Unassigned
Assign. Date : 2/9/2018
Description: Pro Se Gen. Civil

## Particulars

**RE:   The <u>Final WTU, DCPS Tentative Agreement Article 3 "Fair Practice" 3.2</u>** states, the

WTU recognizes its responsibilities as bargaining agent and agrees to represent all employees in

the bargaining unit without regard to WTU membership within the provision outlined in this

agreement.  The WTU is required to provide a Union representative to defend the employee`s

rights at grievance hearings.  The Union failed in this capacity.  This is a violation of Due

process of the law and stopped the Appellant`s efforts of getting relief<u>.  D.C. Code 1-615.52 (a)</u>

<u>and D.C. Code 1-615.52(a) (2).</u>

RE: <u>Vaca v. Sipes (cb9-1)</u> held that the duty is breached only when the union's conduct towards

a bargaining unit member is arbitrary, discriminatory, or in bad faith.  WTU presented acts of an

extortion letter, failing to grieve a grievance, and giving a bogus a date to when the WTU was

going represent the Petitioner.  The WTU fits that model of being illogical, untrustworthy, less

than effective or positive towards the Petitioner and other members.  Since the Union`s duty as

exclusive agent, is to fairly to represent all members of a designated unit is based on federal

**RECEIVED**

JAN 3 1 2018

Clerk, U.S. District and
Bankruptcy Courts

Page 1

statues, federal law governs the employee's cause of action for breach of duty. **Pp 365 U.S., 176-177.**

**Comes now,** Theodore E. Powell, and files this Claim for Damages of the DCPS's Continuing Contract, non- presentation of the Petitioner's Due Process rights, under the Constitution and the DC Government Codes by the Washington Teachers Union. The Petitioner was Continuing Contract teacher since 2006 and met all expectations of his position by The District of Columbia School standards. The Petitioner has struggled and was embattled for nine years of extraordinary dishonesty that went unreported and unsupported. The WTU was mandatory paid to represent the Petitioner by his Dues process rights from the continuing contract income, but still according to **1-1620.07 Mayor's Health Services**, states Maximum Service for employees injured on the job, why did the WTU and school administrators did not support these laws and regulations and get help for the Petitioner? As a result, Petitioner sustained a left eye injury states, over 24 injections, Lasik surgery 5 times in attempt to save left eye, but still have (legal blindness and light flashes with cloudy white vision which at times rendered Petitioner" **legally blind,"** and other injuries, including **Post Traumatic Syndrome Disorder and nerve damage to the PETITIONER 's feet** which caused him the inability stand, balance and move effectively to perform with necrosis, as a physical educator instructor.

The WTU which did not care to provide intervention, representation and medical awareness nor sustained and monitor critical clinical care for on the job injuries from DCPS's students and the administration neglect. This started with the Petitioner being battered by students and Principal Philip Robey not reporting several on the job assaults within the required

3 days period, as the DC code states. This is cruel and unusual punishment by the Washington Teachers Union and DC Government as early as September 2009.

Accordingly, the Board of Regents of State College V. Roth, (408 U.S. 364 1974), It states, if the teacher is dismissed during the contract term. The teacher may be able to invoke the Constitutional protection of Due Process. The Appellant is invoking this claim. Once a teacher received a continuing contract status through state law or contract, the liberty and property interest of the Constitution belonged to the teacher. In Roth, the Court suggest that providing employment under continuing contract status (e. g. tenure or professional service contract).The employee is "entitled" to his or her position which cannot be taken away without Due Process. The Washington Teachers Union did not represent these concepts in the Due process of the Petitioner's rights of the Continuing Contract, Constitution , DC codes and the Petitioner was left defenseless, without legal  and medical help against the ignoring DC government  courts and Lawyers.

### What kind of Relief Sought? :

The Petitioner, Theodore Powell is seeking relief in an order directing the Washington Teachers Union that the petitioner was never termination legally by his Continuing Contract and  had no Due Process of the laws of the Constitution and the DC codes .The Petitioner states that WTU owes  the Petitioner and motions the Court to direct the Washington Teachers Union to award the Petitioner all pay and benefits that he is entitled to from the time that he was improperly terminated, and to start Petitioner's salary at the rate that he would currently be entitled had he not been wrongfully terminated. The Petitioner must receive Punitive damages for all these 8 years of abandonment .The Washington Teachers Union willfully and

knowingly knew their responsibility, was to represent the Petitioner. The WTU chose not to execute their paid professional duties. **Accordingly, the Board of Regents of State College V. Roth, (408 U.S. 364 1974),** It states, if the teacher is dismissed during the continuing contract term. The teacher may be able to invoke the Constitutional protection of Due Process of the law. **The Appellant is invoking this claim.** Once a teacher received a Continuing Contract status through state law or contract, the liberty and property interest of the Constitution belonged to the teacher. In Roth, the Court suggests that providing employment under continuing contract status (**e. g. tenure or professional service contract).**The employee is **"entitled"** to his or her position which cannot be taken away without Due Process of the Law.

## The Statements of the Issues:

The WTU failed to follow the Continuing Contract required policies and procedures which established a wrongful termination of the Petitioner's employment.

Why is the Petitioner not working, when the WTU did not represent the Petitioner who does not have an **uncontroverted** charge to remove him from his continuing contract? Is a violation of 5th, 13th and 14th Amendments of the Constitution and the DC Codes?

The WTU has violated and damaged all concepts of the Continuing Contract representation by using the Summary Affirmance Defense against the Petitioner; it is suggested enticement to criminal activity for special treatment and privilege, to relinquish the truth and working of Due Process of the law.

As a result of the improper termination, and the Union's no representation of the Petitioner's legal rights, he has suffered emotionally, psychologically, financial losses, medically,

loss of eye sight from a student's punch and untreated lifelong injuries such as necrosis from the Petitioner's feet being crushed on the job.

.

### The underlying questions to these concerns are

Why should the Petitioner have to file a civil court case when the Washington Teachers Unon knows the impending solution is already a D.C. governmental policies or documented law procedure of Administrative enforced leave 1620.15? But Washington Teachers Union fails to assume their professional responsibility for teachers' Due Process of the law rights and conducted a meeting towards the Continuing Contract for wrongful termination.

The WTU did not challenge the DCMR (5) which was not the correct process for termination, outdated in 1978?

The WTU was also a failure to grieve a **Step One and Step Two of the grievance** procedures (which is a Union grievance against DCPS on behalf of the Petitioner) is a breach of duties of fair representations, which destabilizes( financially, emotionally, psychologically ) the Petitioner and is an underling factor. This is a violation of the Continuing Contract with respect to the Pursuant **to the Comprehensive Merit Personnel Act 1979 ("CMPA"), D.C. Code § 1-617.03 and § 1-617.04 (Cooper v. AFSCME, Local 1033,656 A.2d 1141, 1141-43 (D.C.1995)** a major unprofessional exploitation of a paid member.

The March 17, 2010 an alleged in subordination charge, for the fitness for duty exam with Doctor Arthur WEBB can't hold up, while in the jurisdiction of Superior Court proceeding, the 5th amendment of the Constitution is the Law. A right to remain silent.

The October 26, 2010 in subornation charge can't hold up. The Petitioner participated in that fitness for duty exam. Doctor Arthur Webb was not qualified to perform the fitness for

duty exam by the DC Code under Health law 20 B -5 (2009) what questions did the Petitioner refused to answer. These were acts of deceitful behavior and collusion against the Petitioner, which embellished their wrongful termination theory, in which WTU fraudulent supported, against an Union's member in a vicious manner.

A. Did the WTU fail and improperly represent in the termination of the Petitioner continuing contract employment?

B. Is Petitioner is entitled to payments to his former continuing contract without Due Process?

C. Is Petitioner entitled to back pay for the time period during which his employment was wrongfully terminated and with punitive damages or in the alternative, to be compensated for his actual financial losses of the Continuing Contract and punitive damages?

D. Did the Petitioner get terminated when he was seriously injured doing his job as stated in Administrative Law Judge Leslie Meek's Compensation Order? The WTU fail to support the order.

E. Did the WTU fail to represent the Petitioner, when the OEA used the change laws of the Health Laws 20B-5(2009) to cover up the medical liability that was establish in Administrative Law Judge Leslie Meek's Compensation order **AHD: PBL-025B and OWC: 3010114219-0001** .

F. Did the Petitioner have a Due Process hearing with the WTU and DCPS?

**All people** born or naturalized in the United States, and subject to jurisdiction, thereof, are citizens of the United States and of the State wherein they reside. No state shall

make or enforce any law, which **shall abridge the privileges and immunities of citizens** of the United States, nor shall any state deprive any person of life, liberty, or property, without due process of the law, nor deny to any person within its jurisdiction the equal protection of the law**. (Drown V. Portsmouth Schools District, (435 F.2d 1182) (first ct.1970), Fifth Amendment rights).**

Without the representation of the WTU, the DC Government and DCPS therefore, ignored the Due Process laws of the Constitution by the Petitioner, the Pro Se lawyer. They altered, made a new reworded laws with an attempt to grandfathered the Petitioner in, to escape their liability that was stated by Administrative Law judge Leslie Meek`s Compensation Order of December 13, 2013. The Washington Teachers Union did not support and represent the Petitioner`s claim of **Uncontroverted evidences** or this intense Compensation Order, that the Petitioner was injured on the job with lifelong injuries in the mist of collusion and corruption. How can an employee be fired from his employment when there is a record of him being injured on the job .This is nonrepresentational, dehumanization and abandonment damages by the Washington Teachers that cause the Petitioner great medical and financial loss?

There are no actual charges that the DC government and court system that can be used against the Petitioner. This is bullying, mobbing and collusion of the Petitioner off his job and Washington Teachers Union is allowing this to happen. **According to 2-1402.11 Prohibition (3)** By a labor organization- to exclude or expel from its membership, or otherwise to discriminate against, any individual; or limit segregate, or classify its membership or to classify, or fail or refuse to refer for employment any individual in any way, which would deprive such individual of employment opportunities, or would limit such employment opportunities or adversely

affect his status as a employee or as an applicant for employment or (4) by an employer, employment agency or labor organization. **The WTU refuses to talk, relate, communicate, and Represent the Petitioner's Due Process rights in any form of positive inner action of the Continuing Contract.**

**Bowen V. United States Postal Service (cb9-34)** held that damages be apportioned between the employer and the Union: The union is liable for any increase in lost pay due to its breach, employer should be left in the position it would have been in had the Union not breached the duty of fair representation.

The Washington Teachers Union colluded with the Public Employee Relation Board to stop any representation of the Petitioner and join the side of the government. The use of a time barred ploy when there was no starting and ending time of the filing They did not generate any calculations or establish a timeline and its duration with a certify letter that the Petitioner must sign, to justify its employ. Timed barred claim information not provided in a court of law or governmental hearings, the Board rule 520.4(2009) and was rewritten, 4 years later. (2013)The Washington Teachers Union just can't say you're timed Barred without establishing the burden of proof or documentations that time factor actually happened. They represent the Petitioner and they are paid by Union dues. Administrative Law Judge Leslie Meek cited this in the Compensation Order **AHD: PBL-025B and OWC: 3010114219-0001. December 13, 2013.**

Based on PERB Board Rule 520.4 (2009) requires that an unfair labor practice complaint shall be filed no later than "120 days. This is after the date **Petitioner's admits,** he actually became aware of the event giving rise to [the] complaint allegation. The "alleged allegation

"begins with the Petitioner. The only statement made was that by the PERB stating "the Petitioner should have known that the WTU was not going to represent him". (How and why should the Petitioner known this?)This statement violates all Continuing Contract agreements and Due Process of the Government, which were speculations by PERB and WTU that are not factual in concepts. This board rule changed from its original statement,

## Trial By Jury Requested:

## Petitioner states a claim:

Petitioner request **D.C .Code 608.3 (D)** the U S Federal District Court, District of Columbia send out an order directing the Washington Teachers Union, to pay the Continuing Contract f, at a salary of commensurate with the dollar amount Petitioner was receiving upon his unlawful termination, of salary $82,600.00 and to further grant Petitioner all pay increases and salaries that he would have received in the ensuing years, had he not been unlawfully terminated.

Further, **D.C .Code 608.3 (D)** Petitioner respectfully asks that this Court's order include that the Washington Teachers Union award back pay in the amount of $38,000.00 and benefits for the school year2009-10 and $82,600.00, for the school year 2010-11 plus pay increases, restore all leave, years of service and back pay for school years 2010, 11,12,13,14, 15, 16, 17 and 18. Award consequential damages under **the D.C. 32-509 (b) (6) (B) (ii),** including emotional distress damages, liquid damages as provided **by D.C. Code 32-509 (b) (A) (6)** and, other appropriate legal and equitable relief, Or in the alternative directing them as the WTU current amount $20.5 million dollars payable to the order of Petitioner, Theodore Powell. For

these acts are discrimination, neglect of Due process, persecution, breach representation of the Continuing contract, misconduct, violation of the Constitution and wrongful termination by collusion with the government agencies and clients.

In the event that the Washington Teachers Union does not negotiate and does not permit the Petitioner to resume the Petitioner's teacher position in accordance with the Continuing contract immediately ,the US Federal District awards the Petitioner $ 16..5 million dollars in compensatory damages and 5 million dollars in punitive damages. The Washington Teachers Union abandon the Continuing Teachers Contract, non representation of Due process, violation of 5th, 13th and 14th amendment, disregarded documented physiological, psychological injuries and mistreatment, sustained on the job with DCPS 's staff personnel, its students and governmental agencies, OEA, PERB, along with Traci Higgins and Dr .Arthur L, Webb as key players in this conspiracy, collusion, bullying and mobbing against the Petitioner

1. ***This is based on treatment and Job related injuries, total medical care for eyesight, necropsy feet from trauma***

2. ***And retirement for next 30 years or how longs the Petitioner lives.***

3. Grant Petitioner such other and further relief as the court deems proper punitive damages for all WTU's. assistants and agencies for the Acts of Discrimination, Fraud , Abuse, Extortion and neglect of Due Process ,Unfair labor law practice and failure to bargain with good faith. And wrongful termination.

**Relief can be made:** The Washington Teacher Union can negotiation the Petitioner to another teaching position in January, 2018, as the Continuing Contract is still a true valid document and paying all back pay from March 2010 to the present and its continuum with interest and leave.

A punitive damage award 3 million dollars Or Retire the Petitioner with full 100% retirements, back salaries and Benefits with complete medical package to cover treatment of all lifelong injuries and compensation of 11.5 million dollars. **The Petitioner is entitled to relief.**

**Wherefore:** The Petitioner request that this court enters judgment against WTU and awards him appropriate compensatory for all physical and discriminatory damages; back pay, punitive damages; other appropriate legal and equitable relief, but not limited, reinstatement continuing contract or full retirement; and the cost reasonably incurred in prosecuting this action. **The Petitioner is entitled to relief.**

*Theodore E. Powell*

## Certification

Certify that following person was mailed a copy of this Motion on January 31 2018

**Washington Teachers Union**
**Elizabeth Davis President**
**1239 Pennsylvania Ave. S. E.**
**Washington DC20008**

*Theodore E. Powell*